UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Malia LiVolsi | § § | |
| vs. | § § | NO:   AU:24-CV-00127-RP |
| University of Texas At Austin | § | |

**ORDER**

This case was assigned to the undersigned through random assignment. The undersigned teaches a criminal law course at the University of Texas School of Law once a year for which he is nominally compensated. In accordance with and pursuant to Canon 3(C) of the Code of Conduct for United States Judges and pursuant to 28 U.S.C. § 455(a), the undersigned directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on February 12, 2024 at 02:10 PM. The parties are directed to use the below dial-in information:

**Please call in 5 minutes prior to start of hearing.**

1. Toll free number:  888-363-4735

2. Access code: 3948919

If there are questions regarding the telephonic appearance, the parties should contact Julie Golden, Courtroom Deputy, at julie_golden@txwd.uscourts.gov.

The use of speaker phones is prohibited during a telephonic appearance. Additionally, because earlier hearings in other cases may be in progress at the time attorneys call in for their scheduled conference, attorneys should call in with their phones on "mute" and wait for the Courtroom Deputy to call this case.before they speak.

**SIGNED** on 5th day of February, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE